Rose Ann Karam
3501 N. Camino Esplanade
Tucson, AZ 85750
(520) 730-8802



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rose Ann Karam,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>University of Arizona et al.<br><br><br><br>　　　　　Defendant(s). | CASE NUMBER: CV-18-00455-RCC<br><br>**Motion to withdraw In Forma Pauperis status** |

I am paying the filing fees for this case today and request the withdrawal of my In Forma Pauperis status immediately.

　　　　　　　　　　　　　　　　　　　　　Dated this 14th day of March, 2019

　　　　　　　　　　　　　　　　　　　　　*Rose Ann Karam*

　　　　　　　　　　　　　　　　　　　　　Rose Ann Karam, Pro Se Litigant