**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rose Ann Karam, | No. CV-18-00455-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| University of Arizona, et al., | |
| Defendants. | |

In response to the Court's Order Friday April 2, 2021 (Doc. 182) Defendant Arizona Board of Regents notified the Court that Plaintiff had attempted to contact defense counsel as she contended. ABOR also submitted documentation under seal demonstrating Plaintiff was truly hospitalized, and conceding she has shown good cause for an extension of time. (Docs. 183, 185.)

Given Plaintiff's current circumstances, IT IS ORDERED:

1) Plaintiff's Rule 6 Motion to Extend Time is GRANTED insofar as it requests an extension of time to file the Amended Motion to Extend Discovery. (Doc. 181.)

2) All deadlines are STAYED until Plaintiff has been released from involuntary hospitalization.

3) Within fourteen days of her release from hospitalization Plaintiff may file an Amended Motion to Extend Discovery, following the guidelines set in the Court's April 1, 2021 Order (Doc. 182).

4) Defendant's Motion to File Exhibits Under Seal is GRANTED. (Doc. 184.) The

Clerk of Court shall docket the lodged proposed exhibits UNDER SEAL. (Doc. 185.)

Dated this 5th day of April, 2021.

Honorable Raner C. Collins
Senior United States District Judge